JOSEPHINE M. GERRARD (CBN 303221)
Gerrard Law Offices
1791 Solano Avenue, Suite F01
Berkeley, California 94707
Tel: (510) 838-0529
Fax: (510) 280-1635
jo@gerrardlawoffices.com
Attorney for Plaintiff Regina Bullock

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA BULLOCK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY<br><br>　　　　Defendant | No. 2:18-cv-00419-DB<br><br>STIPULATION AND ORDER FOR ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT. 28 |

IT IS HEREBY STIPULATED by and between the parties, through their

undersigned counsel, subject to the Court's approval, that Plaintiff be awarded

attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in

the amount of SIX THOUSAND FIVE HUNDRED DOLLARS ($6,500.00).  This amount

represents compensation for all legal services rendered on behalf of Plaintiff by

STIPULATION AND ORDER FORATTORNEY'S FEES AND COSTSPURSUANT TO THE EQUALACCESS TO JUSTICE ACT. 28 - 1

counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d). After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney. Pursuant to *Astrue v. Ratliff*, 130 S.Ct.2521 (U.S. June 14, 2010), the ability to honor the assignment will depend on whether the fees and expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program. Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Josephine M. Gerrard, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel. This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action. This award is

without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

DATE: September 13, 2019

    /s/ Josephine M. Gerrard
    JOSEPHINE M. GERRARD
    Attorney for Plaintiff

By email
/s/ Jeffrey Chen
JEFFREY CHEN
Attorney for Defendant,
SSA

/s/ Edward Alan Olsen
EDWARD ALAN OLSEN
Attorney for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: September 26, 2019     /s/ DEBORAH BARNES
                                              UNITED STATES MAGISTRATE JUDGE